7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* James I. Russell
*Debtor*

*Bankruptcy Case No.*
08–43012–jwv7

**John J. Cruciani**
  Plaintiff(s)

*Adversary Case No.*
12–04107–jwv

v.

**James I. Russell**
  Defendant(s)

## JUDGMENT

   The issues of this proceeding having been duly considered by the Honorable Jerry W. Venters , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the Debtor James I. Russells discharge is hereby revoked under 11 U.S.C. § 727(a).

Ann Thompson
Court Executive

By: /s/ Jamie Hinkle
  Deputy Clerk



Date of issuance: 8/10/12

Court to serve